```
___ LODGED
✓ FILED  ___ COPY
___ RECEIVED
```

JUL 2 8 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Phoenix Division

| | |
|---|---|
| **Lisa Alfonso** | Case No. **CV21-01305-PHX-DWL** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| **Community Bridges, Inc. (CBI)** | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lisa Alfonso |
| Street Address | 2955 N Sonoran Hills |
| City and County | Mesa, Maricopa |
| State and Zip Code | Arizona, 85207 |
| Telephone Number | 818-554-2525 |
| E-mail Address | alfonso_lisa@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Defendant No. 1
- Name: Community Bridges, Inc. (CBI)
- Job or Title (if known):
- Street Address: 1855 W Baseline Rd Suite #101
- City and County: Mesa, Maricopa
- State and Zip Code: Arizona, 85202
- Telephone Number: 480-831-7566
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Community Bridges, Inc. (CBI) |
| Street Address | 1855 W Baseline Rd. Suite #101 |
| City and County | Mesa, Maricopa |
| State and Zip Code | Arizona, 85202 |
| Telephone Number | (480) 831-7566 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) _____

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race _____
- [ ] color _____
- [ ] gender/sex _____
- [x] religion _____
- [x] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

PG 1-4

Employment Opportunity Commission ("EEOC"). The EEOC charge arose out of the same facts alleged herein.

10. Plaintiff has also received a right to sue letter from the EEOC on May 5, 2021. This complaint has been duly filed within 90 days of receipt of that notice. Plaintiff's charge number with the EEOC is 540-2021-00861.

**Section 3. Supporting facts**

11. Ms. Alfonso began her employment with CBI in March 2020 as an Associate Director of Housing and Community Integration.

12. Ms. Alfonso was hired due to her expertise, which resulted in her making positive systematic changes throughout the first seven months of her employment with CBI. She routinely worked 60 hours per week and was on call 24/7 every other week as she was required to answer calls throughout the night. Despite the high stress demands, Ms. Alfonso contributed to the improvement of her entire team's performance.

13. While working under Ms. Elizabeth DaCosta, Senior Director of H&CI, Ms. Alfonso was subjected to disparate treatment. Specifically, Ms. DaCosta constantly treated Ms. Anne Marie Johnson, Associate Director of Housing and Community Integration, who is a white female, much more favorably than Ms. Alfonso, who is Cuban. Oftentimes, Ms. DaCosta would yell at Ms. Alfonso seemingly as an attempt to get Ms. Alfonso to resign.

14. On October 1, 2020, Ms. Alfonso submitted a formal complaint to Ms. DaCosta outlining the unequal treatment she experienced from Ms. DaCosta. Ms. Alfonso specifically stated, "I do not feel that I am receiving equal treatment compared to those in similar [sic] situated positions." After Ms. Alfonso submitted her complaint, Ms. DaCosta admitted to her behavior. She even stated Ms. Gabriella Guerra, Chief Program Officer, referred to Ms. DaCosta's behavior as "unbecoming."

15. On October 15, 2020, Ms. Alfonso and Ms. DaCosta went to lunch to address Ms. Alfonso's complaint. Throughout Ms. Alfonso's employment, Ms. DaCosta repeatedly asked Ms. Alfonso personal information. During this lunch, Ms. DaCosta asked Ms. Alfonso about a bracelet she always wore. Ms. DaCosta then stated she looked the bracelet up and found it was Santeria related and since Ms. Alfonso was Cuban, she assumed that was true. Ms. Alfonso clarified it was actually a bracelet of IFA, not Santeria. Ms. Alfonso explained IFA is something you are born into, but she belonged to the church of Spiritualism and was working on her credentials as a medium. Ms. DaCosta explained that her sister had been to mediums, but Ms. DaCosta was Christian, which was a big part of her recovery and maintenance.

16. The two weeks following this lunch Ms. DaCosta hardly spoke with Ms. Alfonso. This was highly unusual as Ms. DaCosta typically contacted Ms. Alfonso several times a day for follow-ups and updates. During this time, Ms. DaCosta also changed Ms. Alfonso's schedule from working from home one day a week to two days a week. Soon after, Ms. Alfonso's work cell phone was hacked. Apps were moved and replaced, and all of her text messages from Ms. DaCosta and Ms. Alfonso's counterpart were deleted. Ms. Alfonso believed these actions were retaliation for reporting Ms. DaCosta's discrimination in the October 1st complaint.

17. On October 30, 2020, Ms. DaCosta refused to be in the same room as Ms. Alfonso. She would leave to another office whenever Ms. Alfonso entered a room and would check on Ms. Alfonso at random times. Ms. DaCosta made comments such as "[Ms. Alfonso] should go out on a long extended leave or vacation," she would ignore Ms. Alfonso's presence around other staff members, she reassigned Ms. Alfonso's work to others, and stated, "how if [Ms. Alfonso] was smart [she] could look out to the landscape and see that Tara Devlin was next in line to be the Associate Director." This

retaliatory treatment caused Ms. Alfonso extreme emotional distress leading to an urgent care visit, multiple ER visits, and now Ms. Alfonso currently sees seven different specialists for treatment.

18. On November 3, 2020, Ms. Alfonso was placed on medical leave. Ms. Alfonso's doctor requested for Ms. Alfonso's medical leave to extend until November 24, 3030.

19. On November 5, 2020, Ms. Alfonso forwarded her October 1st formal complaint to Ms. Steege. Ms. Steege responded to Ms. Alfonso's email, stating she would discuss Ms. Alfonso's concerns with Ms. Gabriella Guerra, Chief Program Officer, and provide updates.

20. On November 10, 2020, Ms. Alfonso received an approval letter for her medical leave of absence from November 3, 2020 through December 3, 2020. Ms. Alfonso also reached out to Ms. Ajjie Amistoso, Employee Benefits Specialist, regarding her short-term disability benefits.

21. On November 12, 2020, Ms. Amistoso responded to Ms. Alfonso, stating, Ms. Alfonso's short term disability benefits were cancelled. Ms. Amistoso later informed Ms. Alfonso that her benefits were inadvertently cancelled.

22. On November 24, 2020, Ms. DaCosta sent Ms. Alfonso an email requesting that upon Ms. Alfonso's return to work, she report to a different location than the one she previously had been reporting prior to her leave. Ms. DaCosta was also requiring Ms. Alfonso to work daily despite previously being able to work from home two days a week.

23. This same day, Ms. Alfonso forwarded Ms. DaCosta's email to Ms. Teresa Steege, HR Program Manager, and informed Ms. Steege that Ms. Alfonso recently had a TIA/mini-stroke. Ms. Alfonso then stated Ms. DaCosta was continuing to target Ms. Alfonso in an attempt to get Ms. Alfonso to resign, which was causing her medical

issues. Additionally, Ms. Alfonso made Ms. Steege aware that CBI inadvertently cancelled Ms. Alfonso's insurance plan without her consent or knowledge. Ms. Alfonso informed Ms. Steege she had been in contact with Ms. Amistoso regarding this issue, but Ms. Amistoso had failed to respond to Ms. Alfonso, resulting in Ms. Alfonso not receiving any pay during her medical leave.

24. On December 11, 2020, Ms. Alfonso received an approval for a personal leave of absence from November 2, 2020 through February 2, 2021.

25. On January 11, 2021, Ms. Alfonso submitted her application for a reasonable accommodation. Ms. Alfonso requested for an extension of her leave as her doctors continued to determine a diagnosis for her medical condition. Ms. Alfonso specifically mentioned that her disability related to cardiovascular disease, diabetes, CNS disease. Ms. Alfonso also requested insurance policy and short-term disability information.

26. On January 20, 2021, Ms. Alfonso emailed Ms. Amistoso to follow up regarding her previous request for short-term disability and additional insurance policy information.

27. On February 2, 2021, Ms. Alfonso submitted her release to return to work on February 3, 2021. This same day, Ms. Alfonso spoke with HR to discuss her work status. Despite the HR Program Manager previously stating they would discuss Ms. Alfonso's complaints when she returned to work, this conversation never occurred. HR stated it was no longer necessary to discuss Ms. Alfonso's complaints because she would no longer be reporting to the Senior Director of H&CI. HR also informed Ms. Alfonso that her position of Associate Director had been eliminated. HR then offered Ms. Alfonso a temporary position that was not comparable to her former position of Associate Director. Further, Ms. Alfonso was informed she would only be paid her salary for 30 days, then would need to reapply for another position. Thus, CBI has effectively terminated Ms. Alfonso's employment.

EOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 540-2021-00861 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Lisa Alfonso** | | **11/23/1977** |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Community Bridges, Inc.** | **500+** | **(480) 831-7566** |
| Street Address | City, State and ZIP Code | |
| **1855 W Baseline Rd., Ste. 101** | **Mesa, AZ 85202** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **3/2020**   Latest: **2/03/2021**
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Ms. Alfonso has been the victim of national origin discrimination in violation of Title VII of the Civil Rights Act of 1964, as well as disability discrimination and retaliation in violation of the Americans with Disabilities Act of 1990.

Ms. Alfonso began her employment with CBI in March 2020 as an Associate Director of Housing and Community Integration. Ms. Alfonso was hired due to her expertise, which resulted in her making positive systematic changes throughout the first seven months of her employment with CBI. She routinely worked 60 hours per week and was on call 24/7 every other week as she was required to answer calls throughout the night. Despite the high stress demands, Ms. Alfonso contributed to the improvement of her entire team's performance.

While working under the Senior Director of Housing and Community Integration ("H&CI"), Ms. Alfonso was subjected to disparate treatment. Specifically, the Senior Director of H&CI constantly treated the Associate Director of H&CI, who is a white female, much more favorably than Ms. Alfonso, who is Cuban.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 3/3/21
Charging Party Signature: /s/ Lisa Alfonso

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>540-2021-00861 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

Alfonso's concerns with the Chief Program Officer and when Ms. Alfonso returned to work, they would meet to discuss her complaints.

On November 10, 2020, Ms. Alfonso received an approval letter for her medical leave of absence from November 3, 2020 through December 3, 2020. Ms. Alfonso also reached out to the Employee Benefits Specialist regarding her short-term disability benefits.

On November 12, 2020, the Employee Benefits Specialist responded to Ms. Alfonso, stating, Ms. Alfonso's short term disability benefits were cancelled. The Employee Benefits Specialist later informed Ms. Alfonso that her benefits were inadvertently cancelled.

On November 24, 2020, the Senior Director of H&CI sent Ms. Alfonso an email requesting that upon Ms. Alfonso's return to work, she report to a different location than the one she previously had been reporting prior to her leave. The Senior Director of H&CI was also requiring Ms. Alfonso to work daily despite previously being able to work from home two days a week.

This same day, Ms. Alfonso forwarded the Senior Director of H&CI's email to the HR Program Manager and informed the HR Program Manager that Ms. Alfonso recently had a TIA/mini-stroke. Ms. Alfonso then stated the Senior Director of H&CI was continuing to target Ms. Alfonso in an attempt to get Ms. Alfonso to resign, which was causing her medical issues. Additionally, Ms. Alfonso made the HR Program Manager aware that CBI cancelled her insurance plan without her consent or knowledge. Ms. Alfonso informed the HR Program Manager she had been in contact with the Employee Benefits Specialist regarding this issue, but the Employee Benefits Specialist had failed to respond to Ms. Alfonso, resulting in Ms. Alfonso not receiving any pay during her medical leave.

On December 11, 2020, Ms. Alfonso received an approval for a personal leave of absence from November 2, 2020 through February 2, 2021.

On January 11, 2021, Ms. Alfonso submitted her application for a reasonable accommodation. Ms. Alfonso requested for an extension of her leave as her doctors continued to determine a diagnosis for her medical condition. Ms. Alfonso specifically mentioned that her disability related to cardiovascular disease, diabetes, CNS disease. Ms. Alfonso also requested insurance policy and short-term disability information.

On January 20, 2021, Ms. Alfonso emailed the Employee Benefits Specialist to follow up regarding her previous request for short-term disability and additional insurance policy information.

On February 2, 2021, Ms. Alfonso submitted her release to return to work on February 3, 2021. This same day, Ms. Alfonso spoke with HR to discuss her work status. Despite the HR Program Manager previously stating they would discuss Ms. Alfonso's complaints when she returned to work, this conversation never occurred. HR stated it was no longer necessary to discuss Ms. Alfonso's complaints because she would no longer be reporting to the Senior Director of H&CI. HR also informed Ms. Alfonso that her position of Associate Director had been eliminated. HR then offer Ms. Alfonso a temporary position that was not comparable to her former position of Associate Director. Further, Ms. Alfonso was informed she would only

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>3/3/21     [signature]<br>Date     Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

2

EOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | ☐ FEPA<br>☒ EEOC | 540-2021-00861 |

_____ and EEOC
State or local Agency, if any

Oftentimes, the Senior Director of H&CI would yell at Ms. Alfonso seemingly as an attempt to get Ms. Alfonso to resign.

On October 1, 2020, Ms. Alfonso submitted a formal complaint to the Senior Director of H&CI outlining the unequal treatment she was experiencing. Ms. Alfonso specifically stated, "I do not feel that I am receiving equal treatment compared to those in similar [sic] situated positions." After Ms. Alfonso submitted her complaint, the Senior Director of H&CI admitted to her behavior. She even stated the Chief Program Officer referred to the Senior Director of H&CI's behavior as "unbecoming."

On October 15, 2020, Ms. Alfonso and the Senior Director of H&CI went to lunch to address Ms. Alfonso's complaint. Throughout Ms. Alfonso's employment, the Senior Director of H&CI repeatedly asked Ms. Alfonso personal information. During this lunch, the Senior Director of H&CI asked Ms. Alfonso about a bracelet she always wore. The Senior Director of H&CI then stated she looked the bracelet up and found it was Santeria related and since Ms. Alfonso was Cuban, she assumed that was true. Ms. Alfonso clarified it was actually a bracelet of IFA, not Santeria. Ms. Alfonso explained IFA is something you are born into, but that she belonged to the church of Spiritualism and was working on her credentials as a medium. The Senior Director of H&CI explained her sister had been to mediums, but the Senior Director of H&CI was Christian, which was a big part of her recovery and maintenance.

The two weeks following this lunch the Senior Director of H&CI hardly spoke with Ms. Alfonso. This was highly unusual as the Senior Director of H&CI typically contacted Ms. Alfonso several times a day for follow-ups and updates. During this time, the Senior Director of H&CI also changed Ms. Alfonso's schedule from working from home one day a week to two days a week. Soon after, Ms. Alfonso's work cell phone was hacked. Apps were moved and replaced, and all of her text messages from the Senior Director of H&CI and Ms. Alfonso's counterpart were deleted. Ms. Alfonso believed these actions were retaliation for reporting the Senior Director of H&CI's discrimination in the October 1st complaint.

On October 30, 2020, the Senior Director of H&CI refused to be in the same room as Ms. Alfonso. She would leave to another office whenever Ms. Alfonso entered a room and would check on Ms. Alfonso at random times. The Senior Director of H&CI made comments such as "[Ms. Alfonso] should go out on a long extended leave or vacation," she would ignore Ms. Alfonso's presence around other staff members, she reassigned Ms. Alfonso's work to others, and stated, "how if [Ms. Alfonso] was smart [she] could look out to the landscape and see that [another employee] was next in line to be the Associate Director." This retaliatory treatment caused Ms. Alfonso extreme emotional distress leading to an urgent care visit, multiple ER visits, and now Ms. Alfonso currently sees seven different specialists for treatment.

On November 3, 2020, Ms. Alfonso was placed on medical leave. Ms. Alfonso's doctor requested for Ms. Alfonso's medical leave to extend until November 24, 2020.

On November 5, 2020, Ms. Alfonso forwarded her October 1st formal complaint to the HR Program Manager, also notifying the HR Program Manager of her medical condition resulting from the hostile work environment. The HR Program Manager responded to Ms. Alfonso's email stating she would discuss Ms.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| I declare under penalty of perjury that the above is true and correct. | |
| 3/3/21   [signature] Ivan Alfonso<br>Date           Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

3

EOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>540-2021-00861 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

be paid her salary for 30 days, then would need to reapply for another position. Thus, CBI has effectively terminated Ms. Alfonso's employment.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>3/3/21            *[signature]*<br>Date           Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

4

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

PG 1-4

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

March 3, 2021

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 5/5/2021  .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

PG 1

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

EEOC Form 161-B (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Lisa M. Alfonso<br>2955 N Sonoran Hills<br>Mesa, AZ 85207 | From: | Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2021-00861 | Patricia A. Miner,<br>Supervisory Investigator | (602) 661-0040 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice**. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)                      _____             05/05/2021
                                   Elizabeth Cadle,                             *(Date Issued)*
                                   District Director

cc:  Allison Pope                                   Tyler K. Allen, Esq.
     HR Generalist                                  TYLER ALLEN LAW FIRM, P.L.L.C.
     COMMUNITY BRIDGES                              4201 N. 24th St., Suite 200
     1855 W. Baseline Rd.                           Phoenix, AZ 85016
     Mesa, AZ 85202

IV: B

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/28/21

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Lisa Alfonso

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address