# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Alfonso, | NO. CV-21-01305-PHX-DWL |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Community Bridges Incorporated, | |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 12, 2024, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

March 12, 2024

By   s/ Rebecca Kobza
Deputy Clerk